AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

<div style="border:1px solid black; display:inline-block">Southern District of New York</div>

| | |
|---|---|
| SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK, ARYANA ALEXIS ANDERSON, and SHAKA MCGLOTTEN, <br><br> *Plaintiff(s)* <br> v. <br> KATHY HOCHUL, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 25-cv-6322 (NSR) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Regina Yu
Cohen & Green P.L.L.C.
1639 Centre St. Ste 216
Ridgewood, NY 11385
regina@femmelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/29/2025

/s/ J. Gonzale

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-6322 (NSR)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0___ .

I declare under penalty of perjury that this information is true.


Date: _____                                 _____
                                                                              *Server's signature*

                                                                              _____
                                                                              *Printed name and title*

                                                                              _____
                                                                              *Server's address*

Additional information regarding attempted service, etc:

**Summons Rider**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Case No. 25-cv-6322 (NSR)**

KATHY HOCHUL
Governor of New York State
NYS State Capitol Building
Albany, NY 12224

MILAGROS PEÑA
President of SUNY Purchase
735 Anderson Hill Road
Purchase, NY 10577

WESTCHESTER COUNTY
Westchester County Law Department
Michaelian Office Building, Suite 600
148 Martine Avenue
White Plains, NY 10601

VILLAGE OF MOUNT KISCO
104 Main Street
Mount Kisco, NY 10549

CITY OF WHITE PLAINS
255 Main Street
White Plains, NY 10601

TOWN/VILLAGE OF HARRISON
Alfred F. Sulla, Jr. Municipal Building
1 Heineman Place
Harrison, NY 10528

VILLAGE OF PORT CHESTER
222 Grace Church Street Suite 120
Port Chester, NY 10573

VILLAGE OF RYE BROOK
938 King Street
Rye Brook, NY 10573

VILLAGE OF LARCHMONT
120 Larchmont Ave., Village Hall
Larchmont, NY 10538

1

**<u>Summons Rider</u>**

DAYTON TUCKER
Former Chief of the NY State University Police Department ("UPD")
735 Anderson Hill Road
Purchase, NY 10577

FRANK LYNCH
NYC DEP Sergeant
6th Precinct (Eastview)
2 Walker Road
Valhalla, NY 10595

CHRISTOPHER SHARP
NYC DEP Officer
6th Precinct (Eastview)
2 Walker Road
Valhalla, NY 10595

First Name Unknown SCHWARTZ
NYC DEP Officer
6th Precinct (Eastview)
2 Walker Road
Valhalla, NY 10595

CINDY MARKUS
UPD Inspector
735 Anderson Hill Road
Purchase, NY 10577

JAMES MCGOWAN
UPD Lieutenant
735 Anderson Hill Road
Purchase, NY 10577

JAMES FOLEY
UPD Officer
735 Anderson Hill Road
Purchase, NY 10577

MALIK L. BURTS
Westchester County PD Officer
1 Saw Mill River Parkway
Hawthorne, New York 10532

JAVIER DEJESUS
Westchester County PD Officer

**Summons Rider**

1 Saw Mill River Parkway
Hawthorne, New York 10532

DANIEL S. DUMSER
Westchester County PD Sergeant
1 Saw Mill River Parkway
Hawthorne, New York 10532

MATHIEU E. RICOZZI
Westchester County PD Sergeant
1 Saw Mill River Parkway
Hawthorne, New York 10532

PAUL J. CUSANO
Westchester County PD Lieutenant
1 Saw Mill River Parkway
Hawthorne, New York 10532

MICHAEL P. MAFFEI
Westchester County PD Officer
1 Saw Mill River Parkway
Hawthorne, New York 10532

ROBERT L. CAMAJ
Westchester County PD Officer
1 Saw Mill River Parkway
Hawthorne, New York 10532

BRANDON A. DAY
Westchester County PD Officer
1 Saw Mill River Parkway
Hawthorne, New York 10532

PAUL S. DESOUSA
Westchester County PD Officer
1 Saw Mill River Parkway
Hawthorne, New York 10532

JOHN J. SEVERI
Westchester County PD Officer
1 Saw Mill River Parkway
Hawthorne, New York 10532

NICHOLAS LOPANO
Westchester County PD Officer
1 Saw Mill River Parkway

**Summons Rider**

Hawthorne, New York 10532

MARILENA T. SOPHIA
Westchester County PD Officer
1 Saw Mill River Parkway
Hawthorne, New York 10532

ELIOT WILDER
Westchester County PD Officer
1 Saw Mill River Parkway
Hawthorne, New York 10532

RYAN G. WATTS
Westchester County PD Officer
1 Saw Mill River Parkway
Hawthorne, New York 10532

TREVOR M. DENNIN
Westchester County PD Sergeant
1 Saw Mill River Parkway
Hawthorne, New York 10532

THOMAS C. OLSEN
Westchester County PD Officer
1 Saw Mill River Parkway
Hawthorne, New York 10532

TUFAN S. DILSCHMANN
Westchester County Pd Officer
1 Saw Mill River Parkway
Hawthorne, New York 10532

TYLER J. SMITH
Westchester County PD Officer
1 Saw Mill River Parkway
Hawthorne, New York 10532

BRIAN M. HESS
Westchester County PD Lieutenant
1 Saw Mill River Parkway
Hawthorne, New York 10532

JAMES B. GREER
Westchester County PD Captain
1 Saw Mill River Parkway
Hawthorne, New York 10532

4

**<u>Summons Rider</u>**

UPD Officer MATTHEW ALTO
UPD Officer
735 Anderson Hill Road
Purchase, NY 10577

Officer GARY MCCORD Jr.
350 N Main Street
Port Chester, NY 10573

OISIN MCGLOIN
Westchester County PD Officer
1 Saw Mill River Parkway
Hawthorne, New York 10532