USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2025

## COHEN&GREEN

October 22, 2025

Hon. Nelson S. Román, U.S.D.J.
United States District Court, Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150
Courtroom 218



RECEIVED
OCT 2 2 2025
NELSON S. ROMÁN
U.S. DISTRICT JUDGE
S.D.N.Y.

By Facsimile

Re: <u>Thompson, et al v. Hochul, et al</u>, 25-cv-06322 (NSR) (JCM)

Your Honor:

My firm, with co-counsel, represents Plaintiffs in the above-referenced case.

I write to request a one-month extension of time within which to complete service of the initiating papers in this matter. This is the first request for such relief. On Monday evening, Plaintiffs did contact counsel for Defendants who have filed an appearance in this matter to ask for their position on this application, but have not heard back.

As Your Honor is aware, Defendants in this case include several municipalities, all of whom sent members of their police departments to respond to the SUNY Purchase campus on the date of incident. The reason Plaintiffs have not yet completed service on Defendants is because we have been in discussion with counsel for Defendants to determine the proper parties to name, as well as whether anyone will agree to waive service, per Rule 4(d).

For the reasons set forth above, Plaintiffs request a one-month extension of time within which to complete service on Defendants, from October 29, 2025 to November 29, 2025.

Thank you for your attention to this matter.

**MEMO ENDORSED**

The Court is in receipt of Plaintiffs' letter, dated on October 22, 2025, requesting an extension to complete service on Defendants. The Court grants Plaintiffs' request. The Court directs Plaintiffs to complete service on Defendants by or on November 29, 2025. The Court also directs Plaintiffs to file proof on the docket upon effectuating service.

Dated: October 24, 2025
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Respectfully submitted,

/s/
_____
Regina Yu
Cohen&Green P.L.L.C.
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

Cohen&Green P.L.L.C. · 1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t: (929) 888.9480 · f: (929) 888.9457 · FemmeLaw.com