UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK, ARYANA ALEXIS ANDERSON, and SHAKA MCGLOTTEN,<br><br>                Plaintiffs<br><br>    v.<br><br>KATHY HOCHUL, et al.,<br><br>                Defendants. | **NOTICE OF APPEARANCE**<br><br>Civil Action No.<br>7:25-cv-06322 (NSR) |

**PLEASE TAKE NOTICE** that **JOHN M. NONNA**, Westchester County Attorney, by Julie A. Ortiz, Senior Assistant County Attorney, of counsel, hereby appears as counsel to defendant, WESTCHESTER COUNTY in the above-captioned action. This Notice of Appearance is submitted without waiving the right to raise jurisdictional defenses.

DATED:   White Plains, New York
               November 26, 2025

                                        **JOHN M. NONNA**
                                        Westchester County Attorney
                                        *Attorney for Defendant: County*

By: _____
       Julie A. Ortiz
       Sr. Assistant County Attorney, of Counsel
       148 Martine Avenue, Room 600
       White Plains, New York 10601
       T: (914) 995-3616
       F: (914) 995-3132
       Jao4@westchestercountyny.gov

To:   All Parties, *via ECF*