

December 1, 2025

Hon. Nelson S. Román, U.S.D.J.
United States District Court, Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150
Courtroom 218

By Facsimile

  Re: <u>Thompson, et al v. Hochul, et al</u>, 25-cv-06322 (NSR) (JCM)

Your Honor:

  My firm, with co-counsel, represents Plaintiffs in the above-referenced case.

  I write to request an extension of time within which to respond to Defendants' letter requesting a conference for their anticipated motion to dismiss (Dkt. 26). We request an extension from December 3, 2025 to December 19, 2025. This is the first request for such relief. Defendants consent to this request.

  The reason for this request is that Regina Yu, the attorney primarily responsible for this matter has two trials scheduled for this month (*Green v. Reed et al.,* 24-CV-3627(CS)(SDNY),scheduled to begin December 1, 2025; and Thomas v. State, Claim No. 138165 (NY Court of Claims), scheduled to begin December 16).

  For the reasons set forth above, Plaintiffs request an extension until December 19, 2025 to to Defendants' letter requesting a conference for their anticipated motion to dismiss.

  Thank you for your attention to this matter.

              Respectfully submitted,

               /s/
              _____

              Elena L. Cohen
              Cohen&Green P.L.L.C.
              *Attorneys for Plaintiffs*
              1639 Centre St., Suite 216
              Ridgewood, New York 11385