

December 1, 2025

Hon. Nelson S. Román, U.S.D.J.
United States District Court, Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150
Courtroom 218

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/01/2025
```

By Facsimile

    Re:    <u>Thompson, et al v. Hochul, et al</u>, 25-cv-06322 (NSR) (JCM)

Your Honor:

    My firm, with co-counsel, represents Plaintiffs in the above-referenced case.

    I write to request an extension of time within which to respond to Defendants' letter requesting a conference for their anticipated motion to dismiss (Dkt. 26). We request an extension from December 3, 2025 to December 19, 2025. This is the first request for such relief. Defendants consent to this request.

    The reason for this request is that Regina Yu, the attorney primarily responsible for this matter has two trials scheduled for this month (*Green v. Reed et al.,* 24-CV-3627(CS)(SDNY), scheduled to begin December 1, 2025; and *Thomas v. State*, Claim No. 138165 (NY Court of Claims), scheduled to begin December 16).

    For the reasons set forth above, Plaintiffs request an extension until December 19, 2025 to to Defendants' letter requesting a conference for their anticipated motion to dismiss.

    Thank you for your attention to this matter.

Respectfully submitted,

/s/
_____
Elena L. Cohen
Cohen&Green P.L.L.C.
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

**MEMO ENDORSED**

The Court is in receipt of Plaintiffs' letter (ECF No. 29), dated December 1, 2025, requesting an extension to respond to Defendants' letter (ECF No. 26). The Court GRANTS the consented-to extension. Plaintiffs are directed to respond to Defendants' letter by December 19, 2025. The Clerk of Court is kindly directed to terminate the motion at ECF No. 29.

Dated: December 1, 2025
    White Plains, NY

SO ORDERED:
_____
NELSON S. ROMÁN
United States District Judge