

December 4, 2025

Hon. Nelson S. Román, U.S.D.J.
United States District Court, Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150
Courtroom 218

By Facsimile

    Re:    <u>Thompson, et al v. Hochul, et al</u>, 25-cv-06322 (NSR) (JCM)

Your Honor:

    My firm, with co-counsel, represents Plaintiffs in the above-referenced case.

    I write to request an extension of time within which to respond to Defendant Village of Portchester's letter requesting a conference for their anticipated motion to dismiss (Dkt. 31). We request an extension from December 10, 2025 to December 19, 2025. This is the first request for such relief. Defendant Porchester consents to this request.

    The reason for this request is that Regina Yu, the attorney primarily responsible for this matter has two trials scheduled for this month (*Green v. Reed et al.,* 24-CV-3627(CS)(SDNY), for which she is currently on trial; and Thomas v. State, Claim No. 138165 (NY Court of Claims), scheduled to begin December 16).

    For the reasons set forth above, Plaintiffs request an extension until December 19, 2025 to respond to Defendant Portchester's letter requesting a conference for their anticipated motion to dismiss.

    Thank you for your consideration.

    Respectfully submitted,

    /s/
    _____
    Elena L. Cohen
    Cohen&Green P.L.L.C.
    *Attorneys for Plaintiffs*
    1639 Centre St., Suite 216
    Ridgewood, New York 11385