UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

SABRINA TAEKO THOMPSON, LILLIAN PAONE,
RAVEN KARLICK, ARYANA ALEXIS ANDERSON,
and SHAKA MCGLOTTEN, *on behalf of themselves
and all others similarly situated,*

         Plaintiffs,

 - against -

KATHY HOCHUL, as Governor of the State of New
York, in her individual capacity; MILAGROS PEÑA, as
President of SUNY Purchase, in her individual capacity;
WESTCHESTER COUNTY; CITY OF WHITE PLAINS;
TOWN/VILLAGE OF HARRISON; VILLAGE OF
PORT CHESTER; VILLAGE OF RYE BROOK;
VILLAGE OF LARCHMONT; Chief of the New York
State University Police ("UPD") DAYTON TUCKER, in
his individual capacity; NYC Department of
Environmental Protection ("DEP") Sergeant FRANK
LYNCH, in his individual capacity; NYC DEP Officer
CHRISTOPHER SHARP, in his individual capacity;
NYC DEP Officer First Name Unknown ("FNU")
SCHWARTZ, in his individual capacity; UPD Inspector
CINDY MARKUS, in her individual capacity; UPD
Lieutenant JAMES MCGOWAN, in his individual
capacity; UPD Officer JAMES FOLEY, in his individual
capacity; Westchester County Officer MALIK L. BURTS,
in his individual capacity; Westchester County Officer
JAVIER DEJESUS, in his individual capacity;
Westchester County Sergeant DANIEL S. DUMSER, in
his individual capacity; Westchester County Sergeant
MATHIEU E. RICOZZI, in his individual capacity;
Westchester County Lieutenant PAUL J. CUSANO, in his
individual capacity; Westchester County Officer
MICHAEL P. MAFFEI, in his individual capacity;
Westchester County Officer ROBERT L. CAMAJ, in his
individual capacity; Westchester County Officer
BRANDON A. DAY, in his individual capacity;
Westchester County Officer PAUL S. DESOUSA, in his
individual capacity; Westchester County Officer JOHN J.
SEVERI, in his individual capacity; Westchester County
Officer NICHOLAS LOPANO, in his individual capacity;

Case No. 25-cv-6322

**NOTICE OF
APPEARANCE**

Westchester County Officer MARILENA T. SOPHIA, in her individual capacity; Westchester County Officer ELIOT WILDER, in his individual capacity; Westchester County Officer RYAN G. WATTS, in his individual capacity; Westchester County Sergeant TREVOR M. DENNIN, in his individual capacity; Westchester County Officer THOMAS C. OLSEN, in his individual capacity; Westchester County Officer TUFAN S. DILSCHMANN, in his individual capacity; Westchester County Officer TYLER J. SMITH, in his individual capacity; Westchester County Lieutenant BRIAN M. HESS, in his individual capacity; Westchester County Captain JAMES B. GREER, in his individual capacity; UPD Officer MATTHEW ALTO, in his individual capacity and as a representative of a defendant class of New York State University Police Officers who violated Plaintiffs' rights as set forth herein and who are sued in their individual capacities; Officer GARY MCCORD Jr., in his individual capacity and as a representative of a defendant class of Port Chester Police Officers who violated Plaintiffs' rights as set forth herein and who are sued in their individual capacities; Officer OISIN MCGLOIN, in his individual capacity and as a representative of a defendant class of Westchester County Police Officers who violated Plaintiffs' rights as set forth herein and who are sued in their individual capacities; and POLICE OFFICERS JOHN AND JANE DOE 1-10 AT UPD and THE VARIOUS MUNICIPALITIES;

                                              Defendants.

------------------------------------------------X

**PLEASE TAKE NOTICE**, that Courtney Chadwell of Barry McTiernan & Moore LLC, located at One Battery Park Plaza, 35th Floor, New York, New York 10004, hereby appears in this action on behalf of defendant VILLAGE OF RYE BROOK. Counsel requests that all papers, notices and orders in connection with the proceedings in this action, and which otherwise would be required to be served upon defendants are to be served upon the offices of the undersigned.

Dated: New York, New York
December 4, 2025

                        BARRY McTIERNAN & MOORE LLC

By: _____
Courtney Chadwell
Attorneys for Defendant
VILLAGE OF RYE BROOK
One Battery Park Plaza, 35th Floor
New York, New York 10004
cchadwell@bmmfirm.com
(212) 313-3600

TO:

All Counsel (via ECF)