

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/08/2025

**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ALEXANDRA CORSI**
Senior Counsel
acorsi@law.nyc.gov
Phone: (212) 356-3545
Fax: (212) 356-3509

December 8, 2025

**By ECF**
Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quorropas Street, Suite 530
White Plains, New York 10601

Re:    *Sabrina Thompson, et al. v. Hochul, et al.*, 25 CV 6322 (NSR)

Your Honor:

I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and attorney assigned to the above-referenced matter, which names thirty-nine (39) Defendants including New York City Department of Environmental Protection Sergeant Frank Lynch, Officer Christopher Sharp, and Officer Schwartz. This Office writes to respectfully request that the Court *sua sponte* hold Officers Lynch, Sharp and Schwartz's responses to the First Amended Complaint ("FAC") in abeyance given the Court's December 4, 2025 Order, and that the Defendants Lynch, Sharp and Schwartz correspondingly be provided the same deadlines as the other Defendants to respond to the operative pleading as set forth in the December 4th Order. (*See* Docket Entry No. 36).

Upon information and belief, and based on a review of the docket, it appears that Plaintiffs may have served Officers Lynch, Sharp and Schwartz with copies of the summons and the FAC on or about November 10, 2025. On December 1, 2025, the undersigned was assigned this matter and to date, has not yet had an opportunity to resolve representation with Officers Lynch, Sharp and Schwartz pursuant to General Municipal Law 50-k. Accordingly, it is the hope that the Court *sua sponte* grant the relief proposed herein so that Officers Lynch, Sharp and Schwartz's defenses are not jeopardized while representation issues are resolved.

On December 4, 2025, following numerous other Defendants' applications seeking a pre-motion conference in anticipation of filing motions to dismiss Plaintiffs' FAC, Your Honor waived the pre-motion conference requirement and directed Plaintiffs to file a Second Amended Complaint ("SAC") by January 9, 2026, or inform the Court and Defendants that they do not intend

*MEMO ENDORSED*

*See* Pg. 2

to file an amended pleading. (*See* Docket Entry No. 36). The Order further stated that, to the extent Plaintiffs do not file a SAC, the FAC is to be deemed the operative pleading. (*Id.*) The Order also stated that, to the extent Plaintiffs do file a SAC, Defendants are to file an answer within 21 days after. (*Id.*) If, however, Defendants intend to file motions to dismiss the operative pleading, Your Honor set a briefing schedule for Defendants' motions to dismiss, with Defendants being directed to serve their motions by February 17, 2026, and other corresponding service deadlines. (*See* Docket Entry No. 36).

Accordingly, without appearing or making any representations on behalf of Officers Lynch, Sharp, and Schwartz, it is our hope that the Court will *sua sponte* hold Officers Lynch, Sharp and Schwartz's responses to the FAC in abeyance given the Court's December 4, 2025 Order, and that they correspondingly be provided the same deadlines to respond to the operative pleading as set forth therein. This is the first request of this kind and Plaintiffs' counsel consents to this request.

Thank you for your consideration of the instant application.

Respectfully submitted,

/s/ *Alexandra Corsi*
Alexandra Corsi
Senior Counsel

cc:   All counsel of record (by ECF)

The Court is in receipt of Sergeant Frank Lynch, Officer Christopher Sharp, and Officer Schwartz's ("Defendants") letter, dated December 8, 2025, requesting the Court to hold Defendants' response to the Complaint in abeyance and provide Defendants with the same deadlines to respond to the operative pleading as set forth in the December 4, 2025 Order. (ECF No. 37.) The Court GRANTS Defendants' request. The Clerk of Court is kindly directed to terminate the motion at ECF No. 37.)

Dated: December 8, 2025
   White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge