UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
SABRINA TAEKO THOMPSON, LILLIAN PAONE,
RAVEN KARLICK, ARYANA ALEXIS ANDERSON,
and SHAKA MCGLOTTEN, *on behalf of themselves
and all others similarly situated,*

                                    Plaintiffs,

-against-

KATHY HOCHUL, as Governor of the State of New York, in her individual capacity; MILAGROS PEÑA, as President of SUNY Purchase, in her individual capacity; WESTCHESTER COUNTY; CITY OF WHITE PLAINS; TOWN/VILLAGE OF HARRISON; VILLAGE OF PORT CHESTER; VILLAGE OF RYE BROOK; VILLAGE OF LARCHMONT; Chief of the New York State University Police ("UPD") DAYTON TUCKER, in his individual capacity; NYC Department of Environmental Protection ("DEP") Sergeant FRANK LYNCH, in his individual capacity; NYC DEP Officer CHRISTOPHER SHARP, in his individual capacity; NYC DEP Officer First Name Unknown ("FNU") SCHWARTZ, in his individual capacity; UPD Inspector CINDY MARKUS, in her individual capacity; UPD Lieutenant JAMES MCGOWAN, in his individual capacity; UPD Officer JAMES FOLEY, in his individual capacity; Westchester County Officer MALIK L. BURTS, in his individual capacity; Westchester County Officer JAVIER DEJESUS, in his individual capacity; Westchester County Sergeant DANIEL S. DUMSER, in his individual capacity; Westchester County Sergeant MATHIEU E. RICOZZI, in his individual capacity; Westchester County Lieutenant PAUL J. CUSANO, in his individual capacity; Westchester County Officer MICHAEL P. MAFFEI, in his individual capacity; Westchester County Officer ROBERT L. CAMAJ, in his individual capacity; Westchester County Officer BRANDON A. DAY, in his individual capacity; Westchester County Officer PAUL S. DESOUSA, in his individual capacity; Westchester County Officer JOHN J. SEVERI, in his individual capacity; Westchester County Officer NICHOLAS LOPANO, in his individual capacity; Westchester County Officer MARILENA T. SOPHIA, in

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2025

**STIPULATION OF DISCONTINUANCE AGAINST VILLAGE OF RYE BROOK**

25 CV 6322

MEMO ENDORSED

*See* Pg. 3

her individual capacity; Westchester County Officer ELIOT WILDER, in his individual capacity; Westchester County Officer RYAN G. WATTS, in his individual capacity; Westchester County Sergeant TREVOR M. DENNIN, in his individual capacity; Westchester County Officer THOMAS C. OLSEN, in his individual capacity; Westchester County Officer TUFAN S. DILSCHMANN, in his individual capacity; Westchester County Officer TYLER J. SMITH, in his individual capacity; Westchester County Lieutenant BRIAN M. HESS, in his individual capacity; Westchester County Captain JAMES B. GREER, in his individual capacity; UPD Officer MATTHEW ALTO, in his individual capacity and as a representative of a defendant class of New York State University Police Officers who violated Plaintiffs' rights as set forth herein and who are sued in their individual capacities; Officer GARY MCCORD Jr., in his individual capacity and as a representative of a defendant class of Port Chester Police Officers who violated Plaintiffs' rights as set forth herein and who are sued in their individual capacities; Officer OISIN MCGLOIN, in his individual capacity and as a representative of a defendant class of Westchester County Police Officers who violated Plaintiffs' rights as set forth herein and who are sued in their individual capacities; and POLICE OFFICERS JOHN AND JANE DOE 1-10 AT UPD and THE VARIOUS MUNICIPALITIES;



                                                      Defendants.
------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties identified below, that all claims against defendant VILLAGE OF RYE BROOK. shall be and are hereby discontinued without prejudice and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
December 5, 2025

BARRY McTIERNAN & MOORE LLC
Attorneys for Defendant
VILLAGE OF RYE BROOK
1 Battery Park – 35th Floor
New York, New York 10004
(212) 313-3600

By: *[signature]*
DAVID H. SCHULTZ

COHEN & GREEN P.L.L.C.
Attorneys for Plaintiffs
1639 Centre Street, Suite 216
Ridgewood, New York 11385
(929) 888-9480

By: *[signature]*
ELENA L. COHEN

SO ORDERED:

*[signature]*

Dated: December 11, 2025
White Plains, NY

NELSON S. ROMÁN
United States District Judge