**KAUFMAN DOLOWICH**

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Jennifer E. Sherven, Esq.**
JSherven@kaufmandolowich.com

December 30, 2025

**VIA NYSCEF & EMAIL**
Hon. Nelson Stephen Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    *Sabrina Thompson, et al. v. Hochul, et al.*
              Case No. 25-cv-6322 (NSR)

Dear Judge Román:

    The undersigned represents the defendant Village of Larchmont ("Larchmont") in the above-referenced action. We write to join in the pre-motion conference applications filed by the Westchester County Defendants (ECF No. 26), the Village of Port Chester Defendants (ECF No. 31), and the City of New York (ECF No. 37), and to respectfully request that the Court issue an order that Larchmont is subject to the motion briefing schedule set forth in the Court's Order, dated December 4, 2025 (ECF No. 36). As is applicable, and to avoid unnecessary repetition, Larchmont incorporates by reference the arguments raised in the aforementioned applications submitted by the co-defendants.

    In addition, Larchmont respectfully requests that the Court extend the time for Larchmont's response to the First Amended Complaint ("FAC") in accordance with the December 4, 2025 Order (ECF No. 36), wherein Plaintiffs were directed to file a Second Amended Complaint ("SAC") by January 9, 2026 or otherwise inform the Court and Defendants that Plaintiffs do not intend to file a SAC. To the extent that Plaintiffs file an SAC or informs all parties that they do not wish to file a SAC on or before January 9, 2026, Larchmont respectfully requests 21 days thereafter to submit an Answer to the operative Complaint or otherwise serve its motion to dismiss the operative Complaint by February 17, 2026.

    We thank the Court for its consideration and for future courtesies extended.

                                                     Respectfully Submitted,
                                                     Kaufman Dolowich LLP

                                                     Jennifer E. Sherven
                                                     Shiddhartha Uddin

cc:    All counsel of record (via NYSCEF & Email)