UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
AMANI JAMAL, KAELIN MARTIN, LILY ELLINGHAUS,
and WILLIAM CHRISTOPHER CAVALLO,

                           Plaintiff,

      -against-                          **NOTICE OF APPEARANCE**

                                                 25 CV 6322

KATHY HOCHUL, as Governor of the State of New York, in her individual capacity; MILAGROS PEÑA, as President of SUNY Purchase, in her individual capacity; WESTCHESTER COUNTY; CITY OF WHITE PLAINS; TOWN/VILLAGE OF HARRISON; VILLAGE OF PORT CHESTER; VILLAGE OF RYE BROOK; VILLAGE OF LARCHMONT; Chief of the New York State University Police ("UPD") DAYTON TUCKER, in his individual capacity; NYC Department of Environmental Protection ("DEP") Sergeant FRANK LYNCH, in his individual capacity; NYC DEP Officer CHRISTOPHER SHARP, in his individual capacity; NYC DEP Officer First Name Unknown ("FNU") SCHWARTZ, in his individual capacity; UPD Inspector CINDY MARKUS, in her individual capacity; UPD Lieutenant JAMES MCGOWAN, in his individual capacity; UPD Officer JAMES FOLEY, in his individual capacity; Westchester County Officer MALIK L. BURTS, in his individual capacity; Westchester County Officer JAVIER DEJESUS, in his individual capacity; Westchester County Sergeant DANIEL S. DUMSER, in his individual capacity; Westchester County Sergeant MATHIEU E. RICOZZI, in his individual capacity; Westchester County Lieutenant PAUL J. CUSANO, in his individual capacity; Westchester County Officer MICHAEL P. MAFFEI, in his individual capacity; Westchester County Officer ROBERT L. CAMAJ, in his individual capacity; Westchester County Officer BRANDON A. DAY, in his individual capacity; Westchester County Officer PAUL S. DESOUSA, in his individual capacity; Westchester County Officer JOHN J. SEVERI, in his individual capacity; Westchester County Officer NICHOLAS LOPANO, in his individual capacity; Westchester County Officer MARILENA T. SOPHIA, in her individual capacity; Westchester County Officer ELIOT WILDER, in his individual capacity; Westchester

County Officer RYAN G. WATTS, in his individual capacity; Westchester County Sergeant TREVOR M. DENNIN, in his individual capacity; Westchester County Officer THOMAS C. OLSEN, in his individual capacity; Westchester County Officer TUFAN S. DILSCHMANN, in his individual capacity; Westchester County Officer TYLER J. SMITH, in his individual capacity; Westchester County Lieutenant BRIAN M. HESS, in his individual capacity; Westchester County Captain JAMES B. GREER, in his individual capacity; UPD Officer MATTHEW ALTO, in his individual capacity; Officer GARY MCCORD Jr., in his individual capacity; Officer OISIN MCGLOIN, in his individual capacity and POLICE OFFICERS JOHN AND JANE DOE 1-10 AT UPD and THE VARIOUS MUNICIPALITIES;

                                                                Defendants.
----------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that David H. Schultz of Barry McTiernan & Moore LLC, located at 1 Battery Park, 35th Floor, New York, New York 10004 hereby appears in this action on behalf of defendant VILLAGE OF RYE BROOK.

Counsel requests that all papers, notices and orders in connection with the proceedings in this action, and which otherwise would be required to be served upon defendant are to be served upon the offices of the undersigned.

Dated: New York, New York
       January 6, 2026

                                                Yours, etc.,

                                                BARRY McTIERNAN & MOORE LLC
                                                Attorneys for Defendant
                                                VILLAGE OF RYE BROOK
                                                1 Battery Park – 35th Floor
                                                New York, New York 10004
                                                (212) 313-3600
                                                File No.: SP 70076
                                                By: _____
                                                    DAVID H. SCHULTZ

TO:

    ALL PARTIES VIA ECF