UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK, ARYANA ALEXIS ANDERSON, and SHAKA MCGLOTTEN, *on behalf of themselves and all others similarly situated*,

                                                Plaintiffs,

– against –

KATHY HOCHUL, as Governor of the State of New York, in her individual capacity; MILAGROS PENA, as President of SUNY Purchase, in her individual capacity; WESTCHESTER COUNTY; CITY OF WHITE PLAINS; TOWN/VILLAGE OF HARRISON; VILLAGE OF PORT CHESTER; VILLAGE OF RYE BROOK; VILLAGE OF LARCHMONT; Chief of the New York State University Police ("UPD") DAYTON TUCKER, in his individual capacity; NYC Department of Environmental Protection ("DEP") Sergeant FRANK LYNCH, in his individual capacity; NYC DEP Officer CHRISTOPHER SHARP, in his individual capacity; NYC DEP Officer First Name Unknown ("FNU") SCHWARTZ, in his individual capacity; UPD Inspector CINDY MARKUS, in her individual capacity; UPD Lieutenant JAMES MCGOWAN, in his individual capacity; UPD Officer JAMES FOLEY, in his individual capacity; Westchester County Officer MALIK L. BURTS, in his individual capacity; Westchester County Officer JAVIER DEJESUS, in his individual capacity; Westchester County Sergeant DANIEL S. DUMSER, in his individual capacity; Westchester County Sergeant MATHIEU E. RICOZZI, in his individual capacity; Westchester County Lieutenant PAUL J. CUSANO, in his individual capacity; Westchester County Officer MICHAEL P. MAFFEI, in his individual capacity; Westchester County Officer ROBERT L. CAMAJ, in his individual capacity; Westchester County Officer BRANDON A. DAY, in his individual capacity; Westchester County Officer PAUL S. DESOUSA, in his individual capacity; Westchester County Officer JOHN J. SEVERI, in his individual capacity; Westchester County Officer NICHOLAS LOPANO, in his individual capacity; Westchester County Officer MARILENA T. SOPHIA, in, her individual capacity; Westchester County Officer ELIOT WILDER, in his individual capacity; Westchester County Officer RYAN G.

Case No. 25-cv-6322

**NOTICE OF APPEARANCE**

```
```

WATTS, in his individual capacity; Westchester County Sergeant TREVOR M. DENNIN, in his individual capacity; Westchester County Officer THOMAS C. OLSEN, in his individual capacity; Westchester County Officer TUFAN S. DILSCHMANN, in his individual capacity; Westchester County Officer TYLER J. SMITH, in his individual capacity; Westchester County Lieutenant BRIAN M. HESS, in his individual capacity; Westchester County Captain JAMES B. GREER, in his individual capacity; UPD Officer MATTHEW ALTO, in his individual capacity and as a representative of a defendant class of New York State University Police Officers who violated Plaintiffs' rights as set forth herein and who are sued in their individual capacities; Officer GARY MCCORD Jr., in his individual capacity and as a representative of a defendant class of Port Chester Police Officers who violated Plaintiffs' rights as set forth herein and who are sued in their individual capacities; Officer OISIN MCGLOIN, in his individual capacity and as a representative of a defendant class of Westchester County Police Officers who violated Plaintiffs' rights as set forth herein and who are sued in their individual capacities; and POLICE OFFICERS JOHN AND JANE DOE 1-10 AT UPD and THE VARIOUS MUNICIPALITIES,

            Defendants.

------------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that Defendant, CITY OF WHITE PLAINS, hereby appears in this proceeding and that the undersigned have been retained as attorneys for said Defendant and demand that copies of all papers in this action be served upon the undersigned at the office and Post Office address stated below.

Dated: White Plains, New York
    January 6, 2026

                /s/ Michael K. Burke
                Michael K. Burke, Esq.
                Hodges Walsh & Burke, LLP
                *Attorneys for Defendant*
                *CITY OF WHITE PLAINS*
                55 Church Street, Suite 211
                White Plains, NY 10601
                (914) 385-6000
                mburke@hwb-lawfirm.com