
# HKP | HARFENIST KRAUT & PERLSTEIN LLP

STEVEN J. HARFENIST<br>
DIRECT TEL.: 516-355-9630<br>
DIRECT FAX: 516-355-9601<br>
SHARFENIST@HKPLAW.COM

January 14, 2026

**VIA ECF**
United States District Court
Southern District of New York
Honorable Nelson Stephen Roman
300 Quarropas Street
White Plains, New York 10601

    Re:   *Sabrina Taeko Thompson, et al v. Kathy Hochul, et al*
           **Docket No.: 25-cv-06322(NSR)**

Dear Judge Roman:

We represent defendant, Town/Village of Harrison ("Defendant"), in the above referenced matter.

Please let this letter serve as a request for an extension of time for Defendant to answer Plaintiffs' Second Amended Complaint, or proceed with filing a motion to dismiss, on consent of Plaintiffs' counsel, through and including February 17, 2026.

This is the Defendant's first request for an extension of time and this request does not affect any dates set by the Court.

Thank you for your attention to this matter.

                                        Respectfully submitted,
                                        HARFENIST KRAUT & PERLSTEIN, LLP

                By:   *Steven J. Harfenist*
                                        Steven J. Harfenist

SJH/kn
cc:    All Counsel (via ECF)

3000 MARCUS AVENUE, SUITE 2E1
LAKE SUCCESS, NY 11042
T – 516.355.9600 F – 516.355.9601

2975 WESTCHESTER AVENUE, SUITE 415
PURCHASE, NY 10577
T – 914.701.0800 F – 914-708-0808