USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2026

# HKP | HARFENIST KRAUT & PERLSTEIN LLP

STEVEN J. HARFENIST
DIRECT TEL.: 516-355-9630
DIRECT FAX: 516-355-9601
SHARFENIST@HKPLAW.COM

January 14, 2026

**VIA ECF**
United States District Court
Southern District of New York
Honorable Nelson Stephen Roman
300 Quarropas Street
White Plains, New York 10601

    **Re:** *Sabrina Taeko Thompson, et al v. Kathy Hochul, et al*
         **Docket No.: 25-cv-06322(NSR)**

Dear Judge Roman:

    We represent defendant, Town/Village of Harrison ("Defendant"), in the above referenced matter.

    Please let this letter serve as a request for an extension of time for Defendant to answer Plaintiffs' Second Amended Complaint, or proceed with filing a motion to dismiss, on consent of Plaintiffs' counsel, through and including February 17, 2026.

    This is the Defendant's first request for an extension of time and this request does not affect any dates set by the Court.

    Thank you for your attention to this matter.

                          Respectfully submitted,
                          HARFENIST KRAUT & PERLSTEIN, LLP

                By:    *Steven J. Harfenist*
                          Steven J. Harfenist

SJH/kn
cc:    All Counsel (via ECF)

---

**MEMO ENDORSED:**

The Court GRANTS the request of Defendant the Town/Village of Harrison. Defendant is directed to either (1) submit an answer to the Second Amended Complaint by February 17, 2026, or (2) adhere to the briefing schedule set forth in ECF No. 34 if choosing to pursue a motion to dismiss. The Clerk of Court is kindly directed to terminate the motion at ECF No. 49.

Dated: January 16, 2026
       White Plains, NY

SO ORDERED:

*[signature]*

NELSON S. ROMÁN
United States District Judge