

Kenneth Jenkins
County Executive

Office of the County Attorney

John M. Nonna
County Attorney

January 27, 2026

Honorable Nelson S. Román
United States District Judge
United States District Court
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:  *Taeko Thompson et al.*, *v. Kathy Hochul, et al.*
     25-06322 (NSR)
     Pre-Motion Letter

Dear Judge Román,

    I write on behalf of the County of Westchester to respectfully request an adjournment of the County Defendants' time to file a responsive pleading in the above referenced action from February 17, 2026 to March 16, 2026. As Your Honor is aware, the County of Westchester is also a defendant in *Jamal, et al., v. Hochul*, et. al., 25-cv-06322(NSR). That action, brought by counsel for Plaintiff in the instant matter, arises from the same events as this one and raises nearly identical factual allegations and legal theories. As such, it is in the interest of judicial economy that the two actions proceed on parallel tracks, especially during practice on motion to dismiss. The motion to dismiss deadline in *Jamal* is currently set for March 16, 2026. Should Your Honor's staff have any questions, I can be reached at (914) 995-5103. Thank you for your consideration.

    Respectfully,

    JOHN M. NONNA
    Westchester County Attorney

    By: *Robert Taglia*
       Robert Taglia
       Assistant County Attorney
       (914) 995-5103
       rbta@westchestercountyny.gov

