USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2026

**MEMORANDUM ENDORSEMENT**
7:25-cv-6322 (NSR)
Thompson, et al. v. Hochul, et al.

By letter motion dated January 27, 2026, Defendant Westchester County seeks an extension to file a responsive pleading to the Second Amended Complaint. (ECF No. 52.) Defendant Westchester County requests this extension because it is a named defendant in a concurrent matter arising from the same events. *See Jamal, et al., v. Hochul, et. al.*, 25-cv-06322 (NSR). Similarly, the State Defendants, by letter motion on the same date, seek the same extension. (ECF No. 53.)

In light of the foregoing, the Court hereby amends the briefing schedule for **all defendants in this action** as follows:

(1) Defendants who choose to file an Answer to the Second Amended Complaint must do so by March 16, 2026.

(2) Defendants who choose to file a motion to dismiss the Second Amended Complaint must adhere to the following briefing schedule:

   a. Defendants are directed to serve (not file) their opening motion papers on March 16, 2026.
   b. Plaintiffs are directed to serve (not file) their opposition papers on April 15, 2026; and
   c. Defendants reply papers are to be served on April 30, 2026.

All motion papers are to be filed on the reply date, April 30, 2026. As the motion papers are served, the parties are directed to send a digital/electronic copy via email and two hard copies via regular mail to Chambers. The Clerk of Court is kindly directed to termination the motion at ECF No. 53.

Dated: January 27, 2026
      White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge



Kenneth Jenkins
County Executive

Office of the County Attorney

John M. Nonna
County Attorney

January 27, 2026

Honorable Nelson S. Román
United States District Judge
United States District Court
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:      *Taeko Thompson et al.*, *v. Kathy Hochul, et al.*
         25-06322 (NSR)
         Pre-Motion Letter

Dear Judge Román,

    I write on behalf of the County of Westchester to respectfully request an adjournment of the County Defendants' time to file a responsive pleading in the above referenced action from February 17, 2026 to March 16, 2026. As Your Honor is aware, the County of Westchester is also a defendant in *Jamal, et al., v. Hochul*, et. al., 25-cv-06322(NSR). That action, brought by counsel for Plaintiff in the instant matter, arises from the same events as this one and raises nearly identical factual allegations and legal theories. As such, it is in the interest of judicial economy that the two actions proceed on parallel tracks, especially during practice on motion to dismiss. The motion to dismiss deadline in *Jamal* is currently set for March 16, 2026. Should Your Honor's staff have any questions, I can be reached at (914) 995-5103. Thank you for your consideration.

        Respectfully,

        JOHN M. NONNA
        Westchester County Attorney

        By: *Robert Taglia*
          Robert Taglia
          Assistant County Attorney
          (914) 995-5103
          rbta@westchestercountyny.gov





**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

January 27, 2026

**Via ECF**
The Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *Jamal, et al. v. Hochul, et al.*, No. 25 Civ. 6332 (NSR) (JCM);
             *Thompson, et al. v. Hochul, et al.*, 25-cv-6322 (NSR) (JCM) (related cases)

Your Honor:

      I am an Assistant Attorney General in the Office of New York State Attorney General Letitia James, which has received requests for representation in these actions from six of seven defendants associated with the State of New York or the State University of New York ("SUNY"). I write to respectfully request an extension of time for defendants Governor Kathy Hochul, Milagros Pena, former President of the State University of New York College at Purchase ("SUNY Purchase"), Matthew Alto, James McGowan, and Cindy Markus, current officers of the State University Police at SUNY Purchase ("UPD"), and James Foley, a former UPD officer (collectively the "State Defendants"), to answer, move against, or otherwise respond to the Second Amended Complaints in these actions until March 16, 2026.[1]

      While this Office is not presently representing any State Defendant in these actions, it has received requests for representation from six of them and is conducting the investigation required by N.Y. Public Officers Law ("POL") § 17.[2] Thus, this extension is requested on their behalf for the limited purpose of protecting their litigation interests and avoiding default while it investigates the allegations in the Second Amended Complaints and renders determinations concerning representation.

      Although according to the affidavits of service filed by Plaintiffs' counsel the State Defendants had been served with the original complaints in these actions, Plaintiffs have since filed Second Amended Complaints, which have not yet been served on any State Defendant. (*Jamal*, ECF

---

[1] This request is made without waiver of any defenses, including improper service, which are expressly preserved. Defendant Tucker, former UPD Chief, who has not yet requested representation, is no longer employed by SUNY.

[2] Public Officers Law § 17(c) reads: "Where the employee delivers process and a request for a defense to the attorney general as required by subdivision four of this section, the attorney general shall take the necessary steps including the retention of private counsel under the terms and conditions provided in paragraph (b) of subdivision two of this section on behalf of the employee to avoid entry of a default judgment pending resolution of any question pertaining to the obligation to provide for a defense."

The Hon. Nelson S. Roman  Page 2 of 2
January 27, 2026

No. 13; *Thompson*, ECF No. 22) The time for defendants who have been served with the Second Amended Complaints is currently January 30, 2026. Other defendants have requested and received extensions of time to respond. (*Jamal*, ECF No. 36; *Thompson*, ECF No. 49) The requested extension will permit this Office to conduct the representation analyses required by POL § 17, investigate Plaintiffs' allegations in their extensive Second Amended Complaints, and draft appropriate responses. Further, the requested extension will give Plaintiffs time to effectuate service on the remaining defendants.

  This is the first request for an extension of time to respond to the Second Amended Complaints and does not affect any other deadline. I contacted Plaintiffs' counsel who have consented to this extension.

  For the reasons set forth above, we respectfully request that the State Defendants be granted until March 16, 2026 to answer, move against, or otherwise respond to the Second Amended Complaints. We thank the Court for its consideration of this matter.

            Very truly yours,

            /s/ Clement J. Colucci
            CLEMENT J. COLUCCI
            Assistant Attorney General
            (212) 416-8634
            Clement.Colucci@ag.ny.gov

cc: all counsel (via ECF)