UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------------X

SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK,
ARYANA ALEXIS ANDERSON and SHAKA MCGLOTTEN,

                                  Plaintiff(s),

      -against-

KATHY HOCHUL, ET AL.,

                          Defendant(s).

-----------------------------------------------------------------------------------X

**Case No.: 7:25-cv-6322 (NSR)**

**AFFIRMATION OF SERVICE**

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

     <u>Elijah Hawthorne</u> hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 10, 2026** at **10:02 am** at **6th Precinct (Eastview) 2 Walker Road, Valhalla, NY 10595** deponent served the within:

| | | |
|---|---|---|
| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | |
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | |

on **FRANK LYNCH (NYC DEP Sergeant), defendant**.

    Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to <u>Captain Joey Rosa,</u> a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or    dwelling house/usual place of abode, within this state, and by

    Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

    Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| X Male | White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| Female | Black Skin | Brown Hair | 21-35 Yrs | X 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | 36-50 Yrs. | 5'9"-6' | 131-160 Lbs. |
| | Yellow Skin | Gray Hair | X 51-65 Yrs. | Over 6' | 161-200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | X Over 200 Lbs. |
| | X Tan Skin | White Hair | | | |
| | | X Bald | | | Glasses |

**X** Other Identifying Features: <u>Person served verbally confirmed he was authorized to accept on the Defendant's behalf.</u>
**X** Index Number/Date of Filing Endorsement _____
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

    I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                          _____
                                      Elijah Hawthorne - Process Server
                                      **Qwik Serve Corp.**
                                        **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------------X

SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK,
ARYANA ALEXIS ANDERSON and SHAKA MCGLOTTEN,

                                                  Plaintiff(s),

**Case No.: 7:25-cv-6322 (NSR)**

       -against-

KATHY HOCHUL,  ET AL.,

**AFFIRMATION OF SERVICE**

                             Defendant(s).

----------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

     <u>Elijah Hawthorne</u> hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 10, 2026** at **10:02 am** at **6th Precinct (Eastview) 2 Walker Road, Valhalla, NY 10595** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **CHRISTOPHER SHARP (NYC DEP Officer), defendant**.

    Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to <u>Captain Joey Rosa, Co-Worker,</u> a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or   dwelling house/usual place of abode, within this state, and by

    Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

    Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

<u>Description: The person referred to is described as follows:</u>

| X Male | White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| Female | Black Skin | Brown Hair | 21-35 Yrs | X 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | 36 -50 Yrs. | 5'9"-6' | 131-160 Lbs. |
| | Yellow Skin | Gray Hair | X 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | X Over 200 Lbs. |
| | X Tan Skin | White Hair | | | |
| | | X Bald | | | Glasses |

**X** Other Identifying Features: <u>Person served verbally confirmed he was authorized to accept on the Defendant's behalf.</u>
**X** Index Number/Date of Filing Endorsement _____.
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

    I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                      _____

                                    Elijah Hawthorne - Process Server
                                    **Qwik Serve Corp.**
                                    **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK, ARYANA ALEXIS ANDERSON and SHAKA MCGLOTTEN,

Case No.: 7:25-cv-6322 (NSR)

        -against-

Plaintiff(s),

KATHY HOCHUL, ET AL.,

AFFIRMATION OF SERVICE

        Defendant(s).

---------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

    Elijah Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 10, 2026** at **10:02 am** at **6th Precinct (Eastview) 2 Walker Road, Valhalla, NY 10595** deponent served the within:

| | | | |
|---|---|---|---|
| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **First Name Unknown SCHWARTZ (NYC DEP Officer), defendant**.

    _ Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Captain Joey Rosa, Co-Worker, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or _ dwelling house/usual place of abode, within this state, and by

    _ Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

    _ Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| X Male | White Skin | Black Hair | 14-20 Yrs | Under 5`3" | Under 100 Lbs. |
| _ Female | Black Skin | Brown Hair | 21-35 Yrs | X 5`4"-5`8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | 36-50 Yrs. | 5`9"-6` | 131-160 Lbs. |
| | _ Yellow Skin | _ Gray Hair | X 51-65 Yrs. | Over 6` | 161-200 Lbs. |
| | _ Red Skin | Red Hair | _ Over 65 Yrs. | | X Over 200 Lbs. |
| | X Tan Skin | White Hair | | | |
| | | X Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed he was authorized to accept on the Defendant's behalf
**X** Index Number/Date of Filing Endorsement _____
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

    I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                           _____
                           Elijah Hawthorne - Process Server
                           **Qwik Serve Corp.**
                           **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------------X

SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK,
ARYANA ALEXIS ANDERSON and SHAKA MCGLOTTEN,

Case No.: 7:25-cv-6322 (NSR)

Plaintiff(s),

-against-

KATHY HOCHUL,  ET AL.,

AFFIRMATION OF SERVICE

Defendant(s).

-------------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **MALIK L. BURTS (Westchester County Police Officer), defendant**.

 Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or    dwelling house/usual place of abode, within this state, and by

 Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

 Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| Male | X White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____ .
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

 I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Keith Hawthorne - Process Server
**Qwik Serve Corp.**
**COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------------X

SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK,
ARYANA ALEXIS ANDERSON and SHAKA MCGLOTTEN,

                                             Plaintiff(s),

      -against-

KATHY HOCHUL, ET AL.,

                                 Defendant(s).

-------------------------------------------------------------------------------------X

Case No.: 7:25-cv-6322 (NSR)

AFFIRMATION OF SERVICE

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

        Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **JAVIER DEJESUS (Westchester County Police Officer), defendant**.

  Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or   dwelling house/usual place of abode, within this state, and by

  Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

  Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| Male | X White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____.
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

      I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                 Keith Hawthorne - Process Server
                                 **Qwik Serve Corp.**
                                 **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------------------X

SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK,
ARYANA ALEXIS ANDERSON and SHAKA MCGLOTTEN,

Case No.: 7:25-cv-6322 (NSR)

Plaintiff(s),

-against-

KATHY HOCHUL, ET AL.,

AFFIRMATION OF SERVICE

Defendant(s).

-----------------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

<u>Keith Hawthorne</u> hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **DANIEL S. DUMSER (Westchester County Police Officer), defendant**.

.. Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to <u>Angelique Fiumefreddo, Records Clerk,</u> a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or     dwelling house/usual place of abode, within this state, and by

.. Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

.. Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| Male | X White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| X Female | . Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | . Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | . Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: <u>Person served verbally confirmed she was authorized to accept on the Defendant's behalf.</u>
**X** Index Number/Date of Filing Endorsement _____.
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Keith Hawthorne - Process Server
**Qwik Serve Corp.**
**COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------------------X

SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK,
ARYANA ALEXIS ANDERSON and SHAKA MCGLOTTEN,                      Case No.: 7:25-cv-6322 (NSR)

                                                    Plaintiff(s),

        -against-

KATHY HOCHUL,  ET AL.,                                          AFFIRMATION OF SERVICE

                                        Defendant(s).

-----------------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

        Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York.
On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **MATHIEU E. RICOZZI (Westchester County Police Officer), defendant**.

.. Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

X Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or    dwelling house/usual place of abode, within this state, and by

.. Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

.. Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| Male | X White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | .. Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

X Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
X Index Number/Date of Filing Endorsement _____.
X Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

        I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                        _____
                                        Keith Hawthorne - Process Server
                                        **Qwik Serve Corp.**
                                        **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------------------X
SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK,
ARYANA ALEXIS ANDERSON and SHAKA MCGLOTTEN,                          Case No.: 7:25-cv-6322 (NSR)
                                                        Plaintiff(s),

        -against-

KATHY HOCHUL,  ET AL.,                                                  AFFIRMATION OF SERVICE
                                             Defendant(s).
-------------------------------------------------------------------------------------------X
STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

        Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York.
On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **PAUL J. CUSANO (Westchester County Police Officer), defendant**.

__ Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or __ dwelling house/usual place of abode, within this state, and by

__ Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

__ Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| __ Male | X  White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | __ Yellow Skin | __ Gray Hair | __ 51-65 Yrs. | __ Over 6' | 161- 200 Lbs. |
| | __ Red Skin | Red Hair | __ Over 65 Yrs. | | __ Over 200 Lbs. |
| | __ Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____.
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

        I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                                        _____
                                                        Keith Hawthorne - Process Server
                                                        **Qwik Serve Corp.**
                                                        **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------------------X

SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK,
ARYANA ALEXIS ANDERSON and SHAKA MCGLOTTEN,

                                             Plaintiff(s).

       -against-

KATHY HOCHUL, ET AL.,

                           Defendant(s).

----------------------------------------------------------------------------------------X

Case No.: 7:25-cv-6322 (NSR)

**AFFIRMATION OF SERVICE**

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

       <u>Keith Hawthorne</u> hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on <u>**MICHAEL P. MAFFEI (Westchester County Police Officer),**</u> **defendant**.

  Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to <u>Angelique Fiumefreddo, Records Clerk,</u> a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or     dwelling house/usual place of abode, within this state, and by

  Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

  Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| Male | X White Skin | Black Hair | 14-20 Yrs | Under 5`3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5`4"-5`8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5`9"-6` | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6` | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: <u>Person served verbally confirmed she was authorized to accept on the Defendant's behalf.</u>
**X** Index Number/Date of Filing Endorsement _____
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

     I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                        Keith Hawthorne - Process Server
                                        **Qwik Serve Corp.**
                                        **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------------X

SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK,
ARYANA ALEXIS ANDERSON and SHAKA MCGLOTTEN,

Case No.: 7:25-cv-6322 (NSR)

        Plaintiff(s),

-against-

KATHY HOCHUL, ET AL.,

**AFFIRMATION OF SERVICE**

        Defendant(s).

-----------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

    Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **ROBERT L. CAMAJ (Westchester County Police Officer), defendant**.

    Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

X Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or     dwelling house/usual place of abode, within this state, and by

  Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

  Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| Male | X White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

X Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf
X Index Number/Date of Filing Endorsement _____
X Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

    I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Keith Hawthorne - Process Server
**Qwik Serve Corp.**
**COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------------X

**SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK, ARYANA ALEXIS ANDERSON and SHAKA MCGLOTTEN,**

Plaintiff(s),

-against-

**KATHY HOCHUL, ET AL.,**

Defendant(s).

------------------------------------------------------------------------------------X

Case No.: 7:25-cv-6322 (NSR)

**AFFIRMATION OF SERVICE**

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

<u>Keith Hawthorne</u> hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
| --- | --- | --- | --- |
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **BRANDON A. DAY (Westchester County Police Officer), defendant.**

Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

X Suitable Age Person: By delivering at the above address a true copy of the same to <u>Angelique Fiumefreddo, Records Clerk,</u> a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or   dwelling house/usual place of abode, within this state, and by

Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| Male | X White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| --- | --- | --- | --- | --- | --- |
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

X Other Identifying Features: <u>Person served verbally confirmed she was authorized to accept on the Defendant's behalf</u>
X Index Number/Date of Filing Endorsement _____
X Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Keith Hawthorne - Process Server
**Qwik Serve Corp.**
**COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------------X

SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK,
ARYANA ALEXIS ANDERSON and SHAKA MCGLOTTEN,

                                               Plaintiff(s),

**Case No.: 7:25-cv-6322 (NSR)**

    -against-

KATHY HOCHUL, ET AL.,

                                Defendant(s).

**AFFIRMATION OF SERVICE**

-------------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

       <u>Keith Hawthorne</u> hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| | | | |
|---|---|---|---|
| **X SUMMONS IN A CIVIL ACTION** | **X SECOND AMENDED COMPLAINT** | | |
| **X ELECTRONIC CASE FILING RULES & INSTRUCTIONS** | **X INDIVIDUAL PRACTICES IN CIVIL CASES** | | |

on <u>**PAUL S. DESOUSA (Westchester County Police Officer),**</u> defendant.

    Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to <u>Angelique Fiumefreddo, Records Clerk,</u> a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or    dwelling house/usual place of abode, within this state, and by

    Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

    Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

<u>Description:</u> The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| Male | X  White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: <u>Person served verbally confirmed she was authorized to accept on the Defendant's behalf</u>
**X** Index Number/Date of Filing Endorsement _____.
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

    I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                     _____

                                    Keith Hawthorne - Process Server
                                    **Qwik Serve Corp.**
                                    **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------------X

SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK,
ARYANA ALEXIS ANDERSON and SHAKA MCGLOTTEN,

Plaintiff(s),

Case No.: 7:25-cv-6322 (NSR)

KATHY HOCHUL, ET AL.,

Defendant(s).

AFFIRMATION OF SERVICE

-------------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **JOHN J. SEVERI (Westchester County Police Officer), defendant.**

. Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

X Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or    dwelling house/usual place of abode, within this state, and by

. Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

. Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| Male | X White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | . Yellow Skin | Gray Hair | 51-65 Yrs. | . Over 6' | . 161- 200 Lbs. |
| | Red Skin | . Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

X Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
X Index Number/Date of Filing Endorsement _____
X Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Keith Hawthorne - Process Server
**Qwik Serve Corp.**
**COHEN & GREEN P.L.L.C.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------------------X

SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK,
ARYANA ALEXIS ANDERSON and SHAKA MCGLOTTEN,

                                 Plaintiff(s),

     -against-

KATHY HOCHUL, ET AL.,

                      Defendant(s).

-----------------------------------------------------------------------------------X

Case No.: 7:25-cv-6322 (NSR)

**AFFIRMATION OF SERVICE**

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

      <u>Keith Hawthorne</u> hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| | | | |
|---|---|---|---|
| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on <u>**NICHOLAS LOPANO (Westchester County Police Officer), defendant**</u>.

    Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to <u>Angelique Fiumefreddo, Records Clerk,</u> a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or    dwelling house/usual place of abode, within this state, and by

   Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

   Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
|  Male | X  White Skin |  Black Hair | 14-20 Yrs |  Under 5'3" | Under 100 Lbs. |
| X Female |  Black Skin | X Brown Hair | 21-35 Yrs |  5'4"-5'8" | 100-130 Lbs. |
| |  Brown Skin |  Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| |  Yellow Skin |  Gray Hair |  51-65 Yrs. |  Over 6' |  161- 200 Lbs. |
| |  Red Skin |  Red Hair |  Over 65 Yrs. | |  Over 200 Lbs. |
| |  Tan Skin |  White Hair | | | |
| | |  Bald | | |  Glasses |

X Other Identifying Features: <u>Person served verbally confirmed she was authorized to accept on the Defendant's behalf</u>
X Index Number/Date of Filing Endorsement _____
X Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

    I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                      _____
                                     Keith Hawthorne - Process Server
                                     **Qwik Serve Corp.**
                                     **COHEN & GREEN P.L.L.C.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------------------X

SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK,
ARYANA ALEXIS ANDERSON and SHAKA MCGLOTTEN,

                                            Plaintiff(s),

      -against-

KATHY HOCHUL, ET AL.,

                              Defendant(s).
-------------------------------------------------------------------------------------X

**Case No.: 7:25-cv-6322 (NSR)**

**AFFIRMATION OF SERVICE**

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

      Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| | | | |
|---|---|---|---|
| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **MARILENA T. SOPHIA (Westchester County Police Officer), defendant**.

  ... Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or ... dwelling house/usual place of abode, within this state, and by

  ... Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

  ... Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| Male | X White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36-50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161-200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

      I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                Keith Hawthorne - Process Server
                                **Qwik Serve Corp.**
                                **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------------------X

SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK,
ARYANA ALEXIS ANDERSON and SHAKA MCGLOTTEN,

Case No.: 7:25-cv-6322 (NSR)

Plaintiff(s),

KATHY HOCHUL, ET AL.,

AFFIRMATION OF SERVICE

Defendant(s).

--------------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York.
On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **ELIOT WILDER (Westchester County Police Officer), defendant**.

Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or     dwelling house/usual place of abode, within this state, and by

Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| Male | X White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36-50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161-200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Keith Hawthorne - Process Server
**Qwik Serve Corp.**
**COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------------X

SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK,
ARYANA ALEXIS ANDERSON and SHAKA MCGLOTTEN,

                                   Plaintiff(s),

       -against-

KATHY HOCHUL,  ET AL.,

                          Defendant(s).

----------------------------------------------------------------------------------X

**Case No.: 7:25-cv-6322 (NSR)**

**AFFIRMATION OF SERVICE**

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

     Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| | | | |
|---|---|---|---|
| **X SUMMONS IN A CIVIL ACTION** | **X SECOND AMENDED COMPLAINT** | | |
| **X ELECTRONIC CASE FILING RULES & INSTRUCTIONS** | **X INDIVIDUAL PRACTICES IN CIVIL CASES** | | |

on **RYAN G. WATTS (Westchester County Police Officer), defendant**.

  Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or    dwelling house/usual place of abode, within this state, and by

  Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

  Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| Male | X White Skin | Black Hair | 14-20 Yrs | Under 5`3" | Under 100 Lbs. |
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5`4"-5`8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5`9"-6` | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6` | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

    I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                              Keith Hawthorne - Process Server
                              **Qwik Serve Corp.**
                              **COHEN & GREEN P.L.L.C.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------------------X

**SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK, ARYANA ALEXIS ANDERSON and SHAKA MCGLOTTEN,**

Plaintiff(s),

**Case No.: 7:25-cv-6322 (NSR)**

-against-

**KATHY HOCHUL, ET AL.,**

**AFFIRMATION OF SERVICE**

Defendant(s).

-----------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| | | | |
|---|---|---|---|
| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **TREVOR M. DENNIN (Westchester County Police Sergeant), defendant**.

__ Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or     dwelling house/usual place of abode, within this state, and by

__ Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

__ Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| Male | X White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36-50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161-200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Keith Hawthorne - Process Server
**Qwik Serve Corp.**
**COHEN & GREEN P.L.L.C.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------X

**SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK,
ARYANA ALEXIS ANDERSON and SHAKA MCGLOTTEN,**

Plaintiff(s),

**Case No.: 7:25-cv-6322 (NSR)**

-against-

**KATHY HOCHUL, ET AL.,**

**AFFIRMATION OF SERVICE**

Defendant(s).

-------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

<u>Keith Hawthorne</u> hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **THOMAS C. OLSEN (Westchester County Police Officer), defendant**.

.. Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to <u>Angelique Fiumefreddo, Records Clerk,</u> a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or    dwelling house/usual place of abode, within this state, and by

. Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

. Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

<u>Description: The person referred to is described as follows:</u>

| | | | | | |
|---|---|---|---|---|---|
| Male | X White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: <u>Person served verbally confirmed she was authorized to accept on the Defendant's behalf</u>
**X** Index Number/Date of Filing Endorsement _____
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Keith Hawthorne - Process Server
**Qwik Serve Corp.**
**COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK,
ARYANA ALEXIS ANDERSON and SHAKA MCGLOTTEN,

                     -against-                                 Plaintiff(s),

**Case No.: 7:25-cv-6322 (NSR)**

KATHY HOCHUL, ET AL.,

                              Defendant(s).

**AFFIRMATION OF SERVICE**

-------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

       <u>Keith Hawthorne</u> hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **TUFAN S. DILSCHMANN (Westchester County Police Officer), defendant**.

    Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to <u>Angelique Fiumefreddo, Records Clerk,</u> a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or    dwelling house/usual place of abode, within this state, and by

    Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

    Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

<u>Description:</u> The person referred to is described as follows:

| Male | X White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: <u>Person served verbally confirmed she was authorized to accept on the Defendant's behalf.</u>
**X** Index Number/Date of Filing Endorsement _____
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

    I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                Keith Hawthorne - Process Server
                                **Qwik Serve Corp.**
                                **COHEN & GREEN P.L.L.C.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------------------X

SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK,
ARYANA ALEXIS ANDERSON and SHAKA MCGLOTTEN,

                                                 Plaintiff(s),

Case No.: 7:25-cv-6322 (NSR)

    -against-

KATHY HOCHUL,  ET AL.,

**AFFIRMATION OF SERVICE**

                              Defendant(s).

-----------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

      Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| | | | |
|---|---|---|---|
| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **TYLER J. SMITH (Westchester County Police Officer), defendant**.

   Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or _____ dwelling house/usual place of abode, within this state, and by

   Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

   Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| Male | X  White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____.
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

     I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                       _____
                                       Keith Hawthorne - Process Server
                                       **Qwik Serve Corp.**
                                       **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------------X

SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK,
ARYANA ALEXIS ANDERSON and SHAKA MCGLOTTEN,

                                                    Plaintiff(s),

      -against-

KATHY HOCHUL, ET AL.,

                             Defendant(s).

-----------------------------------------------------------------------------------X

**Case No.: 7:25-cv-6322 (NSR)**

**AFFIRMATION OF SERVICE**

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

      Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **BRIAN M. HESS (Westchester County Police Lieutenant), defendant**.

    Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or   dwelling house/usual place of abode, within this state, and by

  Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

  Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| Male | X White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf
**X** Index Number/Date of Filing Endorsement _____.
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

    I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                       _____
                                       Keith Hawthorne - Process Server
                                       **Qwik Serve Corp.**
                                         **COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------X

**SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK, ARYANA ALEXIS ANDERSON and SHAKA MCGLOTTEN,**

Case No.: 7:25-cv-6322 (NSR)

Plaintiff(s),

-against-

**KATHY HOCHUL, ET AL.,**

**AFFIRMATION OF SERVICE**

Defendant(s).

-------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **JAMES B. GREER (Westchester County Police Captain), defendant**.

Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or ___ dwelling house/usual place of abode, within this state, and by

Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| Male | X White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf
**X** Index Number/Date of Filing Endorsement _____
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Keith Hawthorne - Process Server
**Qwik Serve Corp.**
**COHEN & GREEN P.L.L.C.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------------X

SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK,
ARYANA ALEXIS ANDERSON and SHAKA MCGLOTTEN,

        -against-

Plaintiff(s),

KATHY HOCHUL, ET AL.,

                        Defendant(s).

---------------------------------------------------------------------------------X

**Case No.: 7:25-cv-6322 (NSR)**

**AFFIRMATION OF SERVICE**

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

Keith Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 9, 2026** at **11:38 am** at **1 Saw Mill River Parkway, Hawthorne, NY 10532** deponent served the within:

| | |
|---|---|
| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT |
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES |

on **OISIN MCGLOIN (Westchester County Police Officer), defendant**.

... Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

**X** Suitable Age Person: By delivering at the above address a true copy of the same to Angelique Fiumefreddo, Records Clerk, a person who is of suitable age and discretion. Said premises is: X the actual place of business abode or      dwelling house/usual place of abode, within this state, and by

... Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to _____ personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be _____ thereof.

... Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| Male | X White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| X Female | Black Skin | X Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | X 36 -50 Yrs. | X 5'9"-6' | X 131-160 Lbs. |
| | Yellow Skin | Gray Hair | 51-65 Yrs. | Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | Glasses |

**X** Other Identifying Features: Person served verbally confirmed she was authorized to accept on the Defendant's behalf.
**X** Index Number/Date of Filing Endorsement _____
**X** Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

    I affirm this 10th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                        Keith Hawthorne - Process Server
                        **Qwik Serve Corp.**
                        **COHEN & GREEN P.L.L.C.**