USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2026

**<u>MEMORANDUM ENDORSEMENT</u>**

7:25-cv-06322-NSR
Thompson et al v. Hochul et al.

      Plaintiffs request an extension of time to complete service of the Second Amended Complaint ("SAC") on Defendants who do not yet have representation. This is Plaintiffs' second such request. (*See* ECF No. 56.) The Court GRANTS the request and hereby directs Plaintiffs to effectuate service on all Defendants who have not yet been served by May 15, 2026.

      The briefing schedule for motions to dismiss the SAC, or otherwise respond to it, remains stayed. On or before June 15, 2026, **<u>all</u>** Defendants shall file a single joint letter informing the Court whether they intend to move to dismiss the SAC. Upon receipt of that submission, the Court will issue an amended briefing schedule.

SO ORDERED.

Dated: March 30, 2026
      White Plains, NY

_____
Nelson S. Román, U.S. District Judge

# COHEN☺GREEN

March 29, 2026

Hon. Nelson S. Román, U.S.D.J.
United States District Court, Southern District of New York
300 Quarropas St., Courtroom 218
White Plains, NY 10601-4150

By Facsimile: (914) 390-4179

> **Re:** **Thompson, et al v. Hochul, et al, 25-cv-06322 (NSR) (JCM)**

Your Honor:

My firm, with co-counsel, represents Plaintiffs in the above-referenced case. I write to request an extension of time within which to complete service of the second amended complaint ("SAC") in this matter on Defendant Dayton Tucker, who does not yet have representation recorded on the docket. The time to complete service will run in the next couple days, and all other named Defendants have been served. This is the second request for such relief.

On March 10, 2026, Plaintiffs' process server attempted to serve Defendant Tucker at the SUNY Purchase campus in Purchase, NY, however service was refused. (*See* annexed Exhibit A). Plaintiffs then attempted to serve Defendant Tucker at the SUNY Office of the General Counsel in Albany, which also refused to accept service. Plaintiffs had no reason to believe service would be refused, as the university previously accepted service of the First Amended Complaint on Defendant Tucker's behalf (ECF 22). Plaintiffs now intend to move forward with attempting service on Defendant Tucker personally, as opposed as to through SUNY.

I respectfully submit that those circumstances constitute good cause within the meaning of Fed.R.Civ.P. 4(m) to extend the deadline within which to serve Defendant Tucker. Therefore, pursuant to FRCP 4(m), I ask that the Court extend the time to serve Defendant Tucker for 45 days, to allow Plaintiffs time to investigate and locate the proper service information for Defendant Tucker.

For the reasons set forth above, Plaintiffs request an extension of time of 45 days within which to complete service of the SAC on Defendant Tucker, up to and including May 15, 2026. Thank you for your attention to this matter.

Respectfully submitted,

/s/
_____

Regina Yu
Cohen&Green P.L.L.C.
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------------X

SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK,
ARYANA ALEXIS ANDERSON and SHAKA MCGLOTTEN,                    Case No.: 7:25-cv-6322 (NSR)

                                                        Plaintiff(s),

          -against-

KATHY HOCHUL, ET AL.,                                          AFFIRMATION OF ATTEMPTED SERVICE

                                        Defendant(s).

-----------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

Elijah Hawthorne hereby affirms and states that deponent is not a party herein, is over 18 years of age, and resides in the State of New York. On **March 10, 2026** at **10:20 am** at **735 Anderson Avenue, Purchase, NY 10577** deponent attempted to serve the within:

| X SUMMONS IN A CIVIL ACTION | X SECOND AMENDED COMPLAINT | | |
|---|---|---|---|
| X ELECTRONIC CASE FILING RULES & INSTRUCTIONS | X INDIVIDUAL PRACTICES IN CIVIL CASES | | |

on **DAYTON TUCKER, defendant.**

Individual: By delivering a true copy of same to respondent/defendant/witness personally; and deponent knew the person so served to be the person described as said respondent/defendant/witness.

Suitable Age Person: By delivering at the above address a true copy of same to        a person who is of suitable age and discretion. Said premises is: . the actual place of business abode or     dwelling house or     usual place of abode, within this state, and by

. Mailing: Deponent also enclosed a true copy of same in a post-paid sealed envelope properly addressed to the above named at the above addresses by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within 24 hours.

**X Attempted Service**: Service was refused to the Desk Officer who stated "he is no longer the Chief of Police" and "all legal papers must be brought to the main offices in Albany". No further information was provided.

Description: The person spoken with is described as follows:

| Male | White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| Female | Black Skin | Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | 36 -50 Yrs. | 5'9"-6' | 131-160 Lbs. |
| | Yellow Skin | Grey Hair | 51-65 Yrs. | . Over 6' | 161- 200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | . Over 200 Lbs. |
| | . Tan Skin | White Hair | | | |
| | | Bald | | | |

Other Identifying Features: _____
X Index Number/Date of Filing Endorsement _____
· Military Service: Deponent inquired and was informed that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

I affirm this 12th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Elijah Hawthorne - Process Server
Qwik Serve Corp.
COHEN & GREEN P.L.L.C.