

**Kenneth W. Jenkins**
**County Executive**

**Office of the County Attorney**

**John M. Nonna**
**County Attorney**

June 15, 2026

***Via ECF***
Hon. Nelson S. Román, U.S. District Judge
United States District Court (SDNY)
300 Quarropas Street
White Plains, NY 10601-4150

Re:     **Defendants' Joint Letter**
        *Sabrina Takeo Thompson et al. v. Hochul, et al.*
        25-cv-06322 (NSR)

Dear Hon. Judge Román:

Our office represents the County of Westchester ("County")[1] in the above-referenced matter. We submit this letter in accordance with the Memo Endorsement dated March 30, 2026 directing all Defendants to "file a single joint letter informing the Court whether they intend to move to dismiss the SAC." (Doc. No. 58).[2]

Together with respective counsel for Defendants Governor Kathy Hochul, Former President of State University of New York at Purchase ("SUNY Purchase") Milagros Peña, State University Police at SUNY Purchase ("UPD") Officer Matthew Alto, UPD Officer Cindy Markus, UPD Officer James McGowan, former UPD Officer James Foley, City of White Plains, Town/Village of Harrison, Village of Larchmont, Village of Port Chester, Officer Gary McCord, Jr. and the City of New York, the parties wish to respectfully advise the Court of their intent to separately move to dismiss the Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b).

At this time, Defendants respectfully propose the following briefing schedule for their individual motions to dismiss:

1. Deadline for service of Motions to Dismiss: **September 30, 2026**;
2. Deadline for service of Opposition to Motions to Dismiss: **January 15, 2027**;
3. Deadline for service of Reply in Support of Motions to Dismiss: **March 15, 2027**.

---

[1] County also intends to move on behalf of the individually named County Officers and will enter a Notice of Appearance as soon as feasible.

[2] Defendants respectfully note Defendant Dayton Tucker appears to have not yet been served. *Compare* ECF No. 57 (letter from Plaintiffs identifying Dayton Tucker as a defendant who had not yet been served) *with* ECF No. 58 (listing service upon various defendants, but not Dayton Tucker).

We thank Your Honor in advance for consideration of this request.

Very Truly Yours,

Julie A. Ortiz
Senior Assistant County Attorney
(914) 995-3616
Jao4@westchestercountyny.gov

Cc: *All Parties via ECF*