UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABRINA TAEKO THOMPSON, LILLIAN PAONE,
RAVEN KARLICK, ARYANA ALEXIS ANDERSON,
and SHAKA MCGLOTTEN,

                          Plaintiffs

          v.

KATHY HOCHUL, et al.,

                          Defendants.

**NOTICE OF APPEARANCE**

Civil Action No.
7:25-cv-06322 (NSR)

       **PLEASE TAKE NOTICE** that **JOHN M. NONNA**, Westchester County Attorney, by

Julie A. Ortiz, Senior Assistant County Attorney, of counsel, hereby appears as counsel to

Defendants

1.    **Officer Malik Burts**

2.    **Officer Javier Dejesus**

3.    **Sergeant Daniel S. Dumser**

4.    **Sergeant Mathieu E. Ricozzi**

5.    **Lieutenant Paul J. Cusano**

6.    **Officer Michael P. Maffei**

7.    **Officer Robert L. Camaj**

8.    **Officer Brandon Day**

9.    **Officer Paul S. Desousa**

10.   **Officer John J. Severi**

11.   **Officer Nicholas Lopano**

12.   **Officer Marilena T. Sophia**

13.   **Officer Eliot Wilder**

14.   **Officer Ryan G. Watts**

15.    **Sgt. Trevor M. Dennin**

16.    **Officer Thomas C. Olsen**

17.    **Officer Tufan S. Dislchmann**

18.    **Officer Tyler J. Smith**

19.    **Lieutenant Brian M. Hess**

20.    **Captain James B. Greer**

 in the above-captioned action. This Notice of Appearance is submitted without waiving the right to raise jurisdictional defenses.

DATED:   White Plains, New York
         June 15, 2026

                              **JOHN M. NONNA**
                              Westchester County Attorney
                              *Attorney for Defendant: County*

                              By:   *Julie A. Ortiz*_____
                                    Julie A. Ortiz
                                    Senior Assistant County Attorney, of
                                    Counsel
                                    148 Martine Avenue, Room 600
                                    White Plains, New York 10601
                                    T: (914) 995-3616
                                    F: (914) 995-3132
                                    Jao4@westchestercountyny.gov

To:    All Parties, *via ECF*