UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SABRINA TAEKO THOMPSON, LILLIAN PAONE, RAVEN KARLICK, ARYANA ALEXIS ANDERSON, SHAKA MCGLOTTEN, *on behalf of themselves and all others similarly situated,*

                            Plaintiffs,

-against-

KATHY HOCHUL, as Governor of the State of New York, in her individual capacity; MILAGROS PEÑA, as President of SUNY Purchase, in her individual capacity; WESTCHESTER COUNTY; CITY OF WHITE PLAINS; TOWN/VILLAGE OF HARRISON; VILLAGE OF PORT CHESTER; VILLAGE OF LARCHMONT; Chief of the New York State University Police ("UPD") DAYTON TUCKER, in his individual capacity; NYC Department of Environmental Protection ("DEP") Sergeant FRANK LYNCH, in his individual capacity; NYC DEP Officer CHRISTOPHER SHARP, in his individual capacity; NYC DEP Officer First Name Unknown ("FNU") SCHWARTZ, in his individual capacity; UPD Inspector CINDY MARKUS, in her individual capacity; UPD Lieutenant JAMES MCGOWAN, in his individual capacity; UPD Officer JAMES FOLEY, in his individual capacity; Westchester County Officer MALIK L. BURTS, in his individual capacity; Westchester County Officer JAVIER DEJESUS, in his individual capacity; Westchester County Sergeant DANIEL S. DUMSER, in his individual capacity; Westchester County Sergeant MATHIEU E. RICOZZI, in his individual capacity; Westchester County Lieutenant PAUL J. CUSANO, in his individual capacity; Westchester County Officer MICHAEL P. MAFFEI, in his individual capacity; Westchester County Officer ROBERT L. CAMAJ, in his individual capacity; Westchester County Officer BRANDON A. DAY, in his individual capacity; Westchester County Officer PAUL S. DESOUSA, in his individual capacity; Westchester County Officer JOHN J. SEVERI, in his individual capacity; Westchester County Officer NICHOLAS LOPANO, in his individual capacity; Westchester County Officer MARILENA T. SOPHIA, in her individual capacity; Westchester

| |
|---|
| Case No. 1:25-cv-6322 (NSR) |
| **<u>NOTICE OF APPEARANCE</u>** |

County Officer ELIOT WILDER, in his individual capacity; Westchester County Officer RYAN G. WATTS, in his individual capacity; Westchester County Sergeant TREVOR M. DENNIN, in his individual capacity; Westchester County Officer THOMAS C. OLSEN, in his individual capacity; Westchester County Officer. TUFAN S. DILSCHMANN, in his individual capacity; Westchester County Officer TYLER J. SMITH, in his individual capacity; Westchester County Lieutenant BRIAN M. HESS, in his individual capacity; Westchester County Captain JAMES B. GREER, in his individual capacity; UPD Officer MATTHEW ALTO, in his individual capacity; Officer GARY MCCORD Jr., in his individual capacity and as a representative of a defendant class of Westchester County Police Officers and who are sued in their individual capacities; and POLICE OFFICERS JOHN AND JANE DOE 1-10 AT UPD and THE VARIOUS MUNICIPALITIES,

Defendants.

**PLEASE TAKE NOTICE** that Elizabeth B. Gates, Special Litigation Counsel, in the Office of New York State Attorney General Letitia James, hereby appears as counsel for Defendants Governor Kathy Hochul, Former President of State University of New York at Purchase ("SUNY Purchase") Milagros Peña, State University Police at SUNY Purchase ("UPD") Officer Matthew Alto, UPD Officer Cindy Markus, UPD Officer James McGowan, and former UPD Officer James Foley in the above-captioned action and certifies that she is admitted to practice in this Court.

Dated:  New York, New York
       June 15, 2026

LETITIA JAMES
Attorney General
State of New York
*Attorney for Defendants Hochul, Peña, Alto, Markus, McGowan, and Foley*

By:

_/s/ Elizabeth B. Gates_
Elizabeth B. Gates
Special Litigation Counsel
28 Liberty Street
New York, New York 10005
Tel: (212) 416-6402
elizabeth.gates@ag.ny.gov

TO: All Counsel of Record (Via ECF)