

**Kenneth W. Jenkins**
**County Executive**

**Office of the County Attorney**

**John M. Nonna**
**County Attorney**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   6/15/2026

June 15, 2026

*Via ECF*
Hon. Nelson S. Román, U.S. District Judge
United States District Court (SDNY)
300 Quarropas Street
White Plains, NY 10601-4150

> Re:    **Defendants' Joint Letter**
> *Sabrina Takeo Thompson et al. v. Hochul, et al.*
> 25-cv-06322 (NSR)

Dear Hon. Judge Román:

Our office represents the County of Westchester ("County")[1] in the above-referenced matter. We submit this letter in accordance with the Memo Endorsement dated March 30, 2026 directing all Defendants to "file a single joint letter informing the Court whether they intend to move to dismiss the SAC." (Doc. No. 58).[2]

Together with respective counsel for Defendants Governor Kathy Hochul, Former President of State University of New York at Purchase ("SUNY Purchase") Milagros Peña, State University Police at SUNY Purchase ("UPD") Officer Matthew Alto, UPD Officer Cindy Markus, UPD Officer James McGowan, former UPD Officer James Foley, City of White Plains, Town/Village of Harrison, Village of Larchmont, Village of Port Chester, Officer Gary McCord, Jr. and the City of New York, the parties wish to respectfully advise the Court of their intent to separately move to dismiss the Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b).

At this time, Defendants respectfully propose the following briefing schedule for their individual motions to dismiss:

1. Deadline for service of Motions to Dismiss: **September 30, 2026**;
2. Deadline for service of Opposition to Motions to Dismiss: **January 15, 2027**;
3. Deadline for service of Reply in Support of Motions to Dismiss: **March 15, 2027**.



*See* **Pg. 2**

---

[1] County also intends to move on behalf of the individually named County Officers and will enter a Notice of Appearance as soon as feasible.

[2] Defendants respectfully note Defendant Dayton Tucker appears to have not yet been served. *Compare* ECF No. 57 (letter from Plaintiffs identifying Dayton Tucker as a defendant who had not yet been served) *with* ECF No. 58 (listing service upon various defendants, but not Dayton Tucker).

**Michaelian Office Building**
**148 Martine Avenue**
**White Plains, New York 10601**          Telephone: (914) 995-2600          Website: westchestercountyny.gov

We thank Your Honor in advance for consideration of this request.

Very Truly Yours,

Julie A. Ortiz
Senior Assistant County Attorney
(914) 995-3616
Jao4@westchestercountyny.gov

Cc: *All Parties via ECF*

**The Court adopts Defendants' briefing schedule for their individual motions to dismiss the Second Amended Complaint.  The parties are to adhere to the following briefing schedule:**

1.  **Defendants' opening papers shall be served (but not filed) on September 30, 2026;**
2.  **Plaintiff's opposition papers shall be served (but not filed) on January 15, 2027; and**
3.  **Defendants' reply papers shall be served on March 15, 2027.**

**All motion papers shall be filed on the reply date, March 15, 2027.  The parties are directed to mail two physical copies and email an electronic copy to Chambers of each set of motion papers as they are served.**

**Dated: June 15, 2026**
 **White Plains, NY**

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

2