WESTCHESTER COUNTY

**Kenneth W. Jenkins**
**County Executive**

**Office of the County Attorney**

**John M. Nonna**
**County Attorney**

September 2, 2026

***Via ECF***
Hon. Nelson S. Roman, U.S. District Judge
United States District Court (SDNY)
300 Quarropas Street
White Plains, NY 10601-4150

Re: Attorney Motion to be relieved as counsel
*Sabrina Takeo Thompson et al. v. Hochul, et al.*
25-cv-06322 (NSR)

Dear Hon. Judge Roman:

Our office represents the County of Westchester ("County") in the above-referenced matter. I submit this letter motion pursuant to Local Rule 1.4 to respectfully request that the Court issue an Order granting my application to withdraw as counsel for the County Defendants[1].

I am resigning from the County Attorney's Office effective September 16, 2026. Robert P. Taglia, Esq. remains as counsel for the County Defendants in this matter.

Thank you in advance for your consideration of this request.

Respectfully Submitted,

Julie A. Ortiz

Julie A. Ortiz
Senior Assistant County Attorney
(914) 995-3616
Jao4@westchestercountyny.gov

Cc: *All Parties via ECF*

[1] Westchester County, Burts, Dejesus, Dumser, Ricozzi, Cusano, Maffei, Camaj, Day, Desousa, Severi, Lopano, Sophia, Wilder, Watts, Denni, Olsen, Dilschmann, Smith, Hess and Greer