WESTCHESTER COUNTY

Kenneth W. Jenkins
County Executive

Office of the County Attorney

John M. Nonna
County Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 9/04/2026

MEMO ENDORSED

September 2, 2026

***Via ECF***
Hon. Nelson S. Roman, U.S. District Judge
United States District Court (SDNY)
300 Quarropas Street
White Plains, NY 10601-4150

Re: Attorney Motion to be relieved as counsel
*Sabrina Takeo Thompson et al. v. Hochul, et al.*
25-cv-06322 (NSR)

Dear Hon. Judge Roman:

Our office represents the County of Westchester ("County") in the above-referenced matter. I submit this letter motion pursuant to Local Rule 1.4 to respectfully request that the Court issue an Order granting my application to withdraw as counsel for the County Defendants[1].

I am resigning from the County Attorney's Office effective September 16, 2026. Robert P. Taglia, Esq. remains as counsel for the County Defendants in this matter.

Thank you in advance for your consideration of this request.

Respectfully Submitted,

*Julie A. Ortiz*

Julie A. Ortiz
Senior Assistant County Attorney
(914) 995-3616
Jao4@westchestercountyny.gov

**IT IS HEREBY ORDERED that pursuant to Local Civil Rule 1.4, Julie A. Ortiz's motion to withdraw as attorney for the County Defendants is GRANTED. The Court notes that the County Defendants continue to be represented by Robert P. Taglia. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 63.**

**Dated: September 4, 2026
White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Cc: *All Parties via ECF*

[1] Westchester County, Burts, Dejesus, Dumser, Ricozzi, Cusano, Maffei, Camaj, Day, Desousa, Severi, Lopano, Sophia, Wilder, Watts, Denni, Olsen, Dilschmann, Smith, Hess and Greer