STEVEN BANKS
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

ALEXANDRA CORSI
*Senior Counsel*
phone: (212) 356-3545
fax: (212) 356-3509
acorsi@law.nyc.gov

September 22, 2026

**BY ECF**
Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Thompson, et al. v. Hochul, et al.*
25 CV 6322 (NSR)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney for the City of New York defendants in the above-referenced matter. In that capacity, I write with the consent of plaintiffs' counsel, Regina Yu, and all defense counsel, to respectfully request a two-week extension of time, from September 30, 2026 to October 15, 2026, for all defendants to file their motions to dismiss. To the extent the Court is inclined to grant the within request, it is respectfully requested that the remainder of the motion scheduled be correspondingly extended by two weeks as set forth below. The reason for the request is that due to other work obligations, including recent ongoing motion practice in numerous other cases, additional time is needed to sufficiently prepare defendants' responsive pleading. Accordingly, it is respectfully requested, on consent of all parties, that the briefing schedule for defendants' motion to dismiss be adjusted as follows:

- Deadline for defendants to file their motion to dismiss: October 30, 2026
- Deadline for plaintiffs to file their opposition: February 1, 2027
- Deadline for defendants to file their reply: March 30, 2027.

We thank the Court for its consideration herein.

Respectfully submitted,

/s/ *Alexandra Corsi*
Alexandra Corsi

*Senior Counsel*

cc: All counsel of record (by ECF)