LABARBERA & ASSOCIATES P.C.
ATTORNEYS AT LAW
111 John Street, Suite 640
New York, New York 10038
212-964-8038

November 20, 2026

VIA ECF

Honorable Nelson S. Román
United States District Judge
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *Thompson et al. v. Hochul et al.*, No. 25-cv-06322 (NSR)
*Jamal et al. v. Hochul et al.*, No. 25-cv-06332 (NSR)

Dear Judge Román:

I represent Defendant Dayton Tucker in the above-referenced actions. I write to respectfully request an extension of Defendant Tucker's time to respond to the Complaint and leave to file a motion to dismiss, which the Court has granted to the other Defendants. Counsel for all parties consent to this request. This is the first request for an extension of Defendant Tucker's time to respond to the operative Complaint.

Mr. Tucker previously sought representation through the State of New York and was ultimately authorized to retain private counsel. I was only recently retained to represent him and filed Notices of Appearance in both actions on November 17, 2026. Given the circumstances surrounding my retention, I respectfully request additional time to familiarize myself with the pleadings, review the relevant issues, and prepare appropriate motions on Mr. Tucker's behalf. I further respectfully request that the Court, in its discretion, dispense with the requirement of a separate pre-motion conference request for Mr. Tucker's anticipated motions to dismiss, particularly in light of the Court's prior authorization of motion practice on behalf of the other Defendants in these actions.

If the Court is inclined to grant the requested extension, the parties respectfully propose the following briefing schedule:

- **Defendant Tucker's motions to dismiss:** January 8, 2027
- **Plaintiffs' opposition papers:** February 19, 2027
- **Defendant Tucker's reply papers:** March 12, 2027

Accordingly, I respectfully request that the Court grant the requested extension, permit Mr. Tucker to proceed with motions to dismiss without a separate pre-motion conference, and approve the proposed briefing schedule.

I thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ Douglas LaBarbera
Douglas LaBarbera, Esq.
*Attorney for Defendant Dayton Tucker*

cc: All Counsel of Record (via ECF)